**Dismiss and Opinion Filed July 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00765-CV

**EASTERN POULTRY DISTRIBUTORS, INC., Appellant**
**V.**
**J.S. HELWIG & SON, L.L.C., Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 92547-CC**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

The Court has before it the parties' July 24, 2015 joint motion to dismiss the appeal. The

parties state they have "mutually agreed to a resolution of the dispute between them." We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).


/Lana Myers/
LANA MYERS
JUSTICE


150765F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

EASTERN POULTRY DISTRIBUTORS, INC., Appellant

No. 05-15-00765-CV     V.

J.S. HELWIG & SON, L.L.C., Appellee

On Appeal from the County Court At Law No. 1, Kaufman County, Texas
Trial Court Cause No. 92547-CC.
Opinion delivered by Justice Myers, Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 28th day of July, 2015.